# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2706
Lower Tribunal No. 2025-DR-002530

_____

MYRICK WILLIAMS, JR.,

Appellant,

v.

SAYVION WILLIAMS,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Keith P. Spoto, Judge.

May 8, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and BROWNLEE and GANNAM, JJ., concur.


Myrick Williams, Jr., Lakeland, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED